STATE OF NEW JERSEY v. EDWARD C. MANSER.

October 2, 1973. Petition for certification denied.

STATE OF NEW JERSEY. v. RONALD CLARK.

October 2, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. JULIUS HARRIS.

October 2, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. HARRY MYERS.

October 2, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. CLIFFORD HENDERSON.

October 2, 1973. Petition for certification denied.

BARBARA E. WEBER v. CEDAR LANE ASSOCIATES.

October 2, 1973. Petition for certification denied.